MICHAEL L. LARSEN (4069)
LARA A. REYMANN (8493)
PARSONS BEHLE & LATIMER
One Utah Center
201 South Main Street, Suite 1800
Post Office Box 45898
Salt Lake City, UT 84145-0898
Telephone: (801) 532-1234
Facsimile: (801) 536-6111

Attorneys for OVERSTOCK.COM

```
                               FILED
                       CLERK U.S. DISTRICT COURT
                       -3 NOV 03 PM 3: 54
                       DISTRICT OF UTAH
                       BY:_____
                           DEPUTY CLERK
```

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| OVERSTOCK.COM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WHENU.COM, INC.,<br>a Delaware corporation,<br><br>Defendant. | Case No. 2:03-CV-570<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**<br><br>Judge Ted Stewart |

\* \* \* \* \* \* \* \*

The Plaintiff, OVERSTOCK.COM, INC., by and through its undersigned counsel, hereby files this Stipulation of Dismissal under Rule 41 of the Federal Rules of Civil Procedure, wherein the parties to the above-referenced action respectfully request the Court to dismiss the case without prejudice, each bearing its own costs and attorneys fees in connection with this action.



559230.1

The Parties respectfully request that the Court enter an Order of Dismissal Without Prejudice consistent with the terms hereof.

DATED this 3rd day of November, 2003.

*Lara A. Reymann*

MICHAEL L. LARSEN
LARA A. REYMANN
PARSONS BEHLE & LATIMER
Attorneys for OVERSTOCK.COM, Inc.

*[signature]*

ROBERT S. CLARK
TIM SMITH
PARR WADDOUPS BROWN GEE &
LOVELESS
Attorneys for WHENU.COM, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of November, 2003, I caused to be mailed, via U.S. mail, postage pre-paid, a true and correct copy of the foregoing **STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**, to:

> John A. Morris
> Celia Goldwag Barenholtz
> Corene S. Kristiansen
> KRONISH LIEB WEINER & HELLMAN LLP
> 1114 Avenue of the Americas
> New York, NY 10036-7798

> Robert S. Clark
> PARR WADDOUPS BROWN GEE & LOVELESS
> 185 South State Street, Suit 1300
> Salt Lake City, UT 84111

_/s/ Laura Reymann_

559230.1