MICHAEL L. LARSEN (4069)
LARA A. REYMANN (8493)
PARSONS BEHLE & LATIMER
One Utah Center
201 South Main Street, Suite 1800
Post Office Box 45898
Salt Lake City, UT 84145-0898
Telephone: (801) 532-1234
Facsimile: (801) 536-6111

Attorneys for OVERSTOCK.COM

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| OVERSTOCK.COM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WHENU.COM, INC.,<br>a Delaware corporation,<br><br>Defendant. | Case No. 2:03-CV-570<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE**<br><br>Judge Ted Stewart |

\* \* \* \* \* \* \* \*

THIS CAUSE came before the Court upon the parties' Stipulation for Dismissal Without Prejudice, filed November 3rd, 2003. Upon due consideration and pursuant to Federal Rule of Civil Procedure 41(a), it is hereby



559232.1

ORDERED that this action is DISMISSED WITHOUT PREJUDICE and this case is CLOSED, this 5th day of November, 2003.

_____
JUDGE TED STEWART
UNITED STATES DISTRICT COURT

Approved as to form:

_____
Attorneys for Overstock.com, Inc.

_____
Attorneys for WhenU.com, Inc.

2

559232.1

## CERTIFICATE OF SERVICE

I hereby certify that on this  3rd  day of November, 2003, I caused to be mailed, via U.S. mail, postage pre-paid, a true and correct copy of the foregoing **ORDER OF DISMISSAL WITHOUT PREJUDICE**, to:

> John A. Morris
> Celia Goldwag Barenholtz
> Corene S. Kristiansen
> KRONISH LIEB WEINER & HELLMAN LLP
> 1114 Avenue of the Americas
> New York, NY 10036-7798
>
> Robert S. Clark
> PARR WADDOUPS BROWN GEE & LOVELESS
> 185 South State Street, Suit 1300
> Salt Lake City, UT 84111

*[signature]*

jmr

United States District Court
for the
District of Utah
November 5, 2003

\* \* CERTIFICATE OF SERVICE OF CLERK \* \*

Re:   2:03-cv-00570

True and correct copies of the attached were either mailed, faxed or e-mailed by the clerk to the following:

    Mr. Michael L Larsen, Esq.
    PARSONS BEHLE & LATIMER
    201 S MAIN ST STE 1800
    PO BOX 45898
    SALT LAKE CITY, UT   84145-0898
    EMAIL